Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination                                                FILED

# UNITED STATES DISTRICT COURT

for the

_Central_ District of _California_

2019 SEP 10  PM 4: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

_Western_ Division

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

JOHN BEARD

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Charlie Diaz, Beauty & Essex

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☒ Yes  ☐ No

# CV19-7828-CAS (MRWx)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JOHN BEARD |
| Street Address | 566 S. San Pedro St |
| City and County | Los Angeles |
| State and Zip Code | California    90013 |
| Telephone Number | 213-909 1881 |
| E-mail Address | KingMr Beard@gmail.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

1 of 14

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Charlie Diaz
Human Resources
1603 Cahuenga Blvd
Los Angeles
California  90028

**Defendant No. 2**

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Beauty & Essex
Restaurant / Night Club
1603 Cahuenga Blvd
Los Angeles
California  90028

**Defendant No. 3**

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

**Defendant No. 4**

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

2 of 14

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

Name                    *Beauty & Essex*
Street Address          *1603 Cahuenga Blvd*
City and County         *Los Angeles*
State and Zip Code      *California  90028*
Telephone Number

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☑    Relevant state law *(specify, if known)*:
*ASSEMBLY Bill: #71, ASSEMBLY Bill: #170, #3081, #3109, #51, #673 #1361.*

☑    Relevant city or county law *(specify, if known)*:
*Senate Bill: #820 #1300 #17 #41 #749 #229*
*Assembly Bill: #9 #242, #■1478, #673, #333, #403*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☑    Failure to promote me.

☐    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☑    Retaliation.

☐    Other acts *(specify)*: _____

(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

2/15-16/19, 3/25/19, 4/20-27/19, 4/12/19

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑    race          Black/African American

☐    color

☑    gender/sex    Heterosexual Male

☐    religion

☐    national origin

☐    age *(year of birth)* _____    *(only when asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)*

PTSD, Anxiety, Agoraphobia, Insomnia, Depression

E.    The facts of my case are as follows.  Attach additional pages if needed.

See the attached EEOC paperwork.

4 of 14

Page 4 of 6



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency _____ GAVIN NEWSOM, GOVENOR

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

DIRECTOR KEVIN KISH

2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
800-884-1684 I TDD 800-700-2320
www.dfeh.ca.gov I email: contact.center@dfeh.ca.gov

Charlie Diaz
Human Resources
BEAUTY & ESSEX
1603 Cahuenga Blvd
Los Angeles, CA 90028

EEOC Number   480-2019-02917N
Case Name     John Beard
Filing Date   May 23, 2019

### NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH), by the United States  Equal Employment Opportunity Commission (EEOC). The complaint will be  filed in accordance with California Government Code section 12960. This notice constitutes  service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

### NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your state Right to Sue notice. **This state Right to Sue Notice allows you to file a private lawsuit.** According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice.  Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint.  You should consult an attorney to determine with accuracy the date  by which a civil action must be filed. This right to file a civil action may be waived in the event a  settlement agreement is signed.

Be advised, the DFEH does not retain case records beyond three years after a complaint is filed.

DFEH-200-02 (01/2019)

5 of 14

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>480-2019-02917 |
|---|---|---|

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br><br>Mr. John Beard | Home Phone<br><br>(213) 909-1881 | Year of Birth<br><br>1986 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 566 S. San Pedro St, Room 549, LOS ANGELES, CA 90013 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br><br>BEAUTY & ESSEX | No. Employees, Members<br><br>501+ | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 1603 Cahuenga Blvd, LOS ANGELES, CA 90028 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)*<br><br>☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☐ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest          Latest<br>02-15-2019      04-27-2019<br><br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about February 15 and February 16, 2019, I was subjected to sexual harassment when the servers working, would brush by and touch my back side. On or about March 25, 2019, I was again sexually harassed during our company party, when a server from another location came behind me and grabbed my backside. From on or about February 15 to the 17, 2019, I was subjected to constant racial harassment when 'Sativa' would constantly say derogatory and racial slurs during work. On or about April 27, 2019, I was discharged from my employment due to my disability. No reason was given to me for the sexual harassment, racial harassment, and discharge. I believe I have been discriminated against based on my sex (male) and race (black), in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe I have been discriminated against based on my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br><br>**Digitally signed by John Beard on 05-23-2019 06:22 PM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

6 of 14

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.   **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2.   **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.   **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.   **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.   **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

*May 23rd*

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*   *June 22nd* .

(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  *Please turn this paper over or see attached relief paperwork.*

*8 of 14*

I need $5 million and a letter of apology for but not limited to the following:

- Hardship- I was moving into an apartment at the time and due to the situation I was placed back on the waiting list when they found out I was fired and couldn't provide anymore check stubs. I had finally started saving, rented a blueLA car, and was even helping my mom from time to time who stays in Tennessee. I also lost my children's court case when I was not able to have the money to show up to court.
- Sexual assault- in the form of sexual harassment- touching my body repeatedly while me being under the duress of losing my job and being intimidate not to say anything. When told to someone they said this is a very serious matter and don't you worry I will take care of it. In which later finding out I had look for help elsewhere.
- Mental anguish- I suffer from PTSD Agoraphobia Insomnia Anxiety and Depression. My Dr had to not only go up on my meds but also prescribed new mads.

PTSD - some things happened to me as a child and that place not only made me question my own manhood but it also made me feel less than the man I am now.

Agoraphobia - Hollywood has always been a place with open space and a lot of people but after getting fired I fear for my safety and haven't stepped foot in that area since 8/27/19 due to this situation and their status I won't eat or walk anywhere in that area for fear of being poisoned or worse.

Insomnia - I had to change my sleep schedule from waking up at 4am to a suitable time for them after leaving a part time caltrans job on 2/14/19 and stopped pursuing the full time caltrans job to accept their offer. And it has been 7 months that my body only goes to sleep in the day time as if I was still just getting off of work or with stronger meds from my Dr.. Due to that I have missed out on interviews and other career opportunities.

Anxiety - I have been worried and on edge about this whole situation and what food career I had to the point of every other thought is about what happened.

Depression - at the age of 17 I was assistant manager at a pizza hut so now at Beauty & Essex when promised promotions then when other workers asked on my behalf and still no but still hire someone new when originally told at interview within 10day to 10months I will move up rapidly from the position I was hired for and all that was destroying my dreams to move up in the world and be the best. I stay to myself more. I barely leave my room and what was once my first love to cook and provide service to the world is now gone.

- Damages for discrimination - see the attached EEOC paperwork.
- Slander and defamation of character - writing and telling everyone that I quit when actually I was fired told to go home on 4/27/19 and don't even clock in the next day. It took me 1 to 2 months to try to prove to the department of public social services and the unemployment department that I did not quit, which took even longer to get government assistance.
- Mental Distraught - I can never go into the cooking field again unless it's my own I was fired for pointing out health code and public safety violations even after seeing someone take pictures with a lamb rib in their hand then with cloth then with hand again while touching their clothing and cellphone before serving it on 04/23/2019. Now any food job I get I will think they will fire me for pointing out the same thing.
- Fraud + wages and hours- I unwilling participated to lie to the health department and code enforcement. I was told to hide wires, try cover the pressure valve window that had no cover on it, and plunged water out the machine, squeegee away the dirty flood water on the floor, rearrange things and wasn't told by anyone the purpose of all of this until after the inspectors left. On 04/12/19 I was given a suspension but the date of hire on the paper which also has the last 4 of my social on it says date of hire was 09/13/18 it can't be a typo if the date 4/12 is on there 4 times in which I still have the paperwork to prove it (available upon request). My schedule online reports that I make 35hr or more a week including breaks and lunch, but my paycheck kept saying 23 to 29 which didn't add up if I work weds-sat 6pm-2am and Sunday 12-8:30pm. In which I still have some of the stubs and online schedule to prove it (available upon request).
- Injuries - I burnt my right arm to 3rd degree in which I still have the scare and when I told them I was told oh be careful next time instead of writing and incident report. I had a slip and fall and landed on my left knee while taking trash out and again instead of writing an incident report I was told oh sometimes those non slip shoes take a minute to work be careful even though I have been wearing them for 3 weeks. I wasn't told about the random chemicals in the air that causes nose bleeds and wasn't told some areas I was eating at might have chemicals on it until the middle of March in which causes me to throw the food away and try to eat there at all.

Sincerely,

JOHN BEARD

10 of Semptember, 2019.

JOHN BEARD
566 S San Pedro St.
Los Angeles, CA, 90013
213-909-1881
KingMrBeard@gmail.com

UNTIED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOHN BEARD

Plaintiff,

vs.

Charlie Diaz, BEAUTY & ESSEX

Defendant

RELIEF

I need $5 million and a letter of apology for but not limited to the following:
- Hardship- I was moving into an apartment at the time and due to the situation I was placed back on the waiting list when they found out I was fired and couldn't provide anymore check stubs. I had finally started saving, rented a blueLA car, and was even helping my mom from time to time who stays in Tennessee. I also lost my children's court case when I was not able to have the money to show up to court.
- Sexual assault- in the form of sexual harassment- touching my body repeatedly while me being under the duress of losing my job and being intimidate not to say anything. When told to someone they said this is a very serious matter and don't you worry I will take care of it. In which later finding out I had look for help elsewhere.
- Mental anguish- I suffer from PTSD Agoraphobia Insomnia Anxiety and Depression. My Dr had to not only go up on my meds but also prescribed new mads.
PTSD - some things happened to me as a child and that place not only made me question my own manhood but it also made me feel less than the man I am now.
Agoraphobia - Hollywood has always been a place with open space and a lot of people but after getting fired I fear for my safety and haven't stepped foot in that area since 8/27/19 due to this situation and their status I won't eat or walk anywhere in that area for fear of being poisoned or worse.
Insomnia - I had to change my sleep schedule from waking up at 4am to a suitable time for them after leaving a part time caltrans job on 2/14/19 and stopped pursuing the full time caltrans job to accept their offer. And it has been 7 months that my body only goes to sleep in the day time as if I was still just getting off of work or with stronger meds from my Dr.. Due to that I have missed out on interviews and other career opportunities.
Anxiety - I have been worried and on edge about this whole situation and what food career I had to the point of every other thought is about what happened.
Depression - at the age of 17 I was assistant manager at a pizza hut so now at Beauty & Essex when promised promotions then when other workers asked on my behalf and still no but still hire someone new when originally told at interview within 10day to 10months I will move up rapidly from the position I was hired for and all that was destroying my dreams to move up in the world and be the best. I stay to myself more. I barely leave my room and what was once my first love to cook and provide service

RELIEF - 1

to the world is now gone.
- Damages for discrimination - see the attached EEOC paperwork.
- Slander and defamation of character - writing and telling everyone that I quit when actually I was fired told to go home on 4/27/19 and don't even clock in the next day. It took me 1 to 2 months to try to prove to the department of public social services and the unemployment department that I did not quit, which took even longer to get government assistance.
- Mental Distraught - I can never go into the cooking field again unless it's my own I was fired for pointing out health code and public safety violations even after seeing someone take pictures with a lamb rib in their hand then with cloth then with hand again while touching their clothing and cellphone before serving it on 04/23/2019. Now any food job I get I will think they will fire me for pointing out the same thing.
- Fraud + wages and hours- I unwilling participated to lie to the health department and code enforcement. I was told to hide wires, try cover the pressure valve window that had no cover on it, and plunged water out the machine, squeegee away the dirty flood water on the floor, rearrange things and wasn't told by anyone the purpose of all of this until after the inspectors left. On 04/12/19 I was given a suspension but the date of hire on the paper which also has the last 4 of my social on it says date of hire was 09/13/18 it can't be a typo if the date 4/12 is on there 4 times in which I still have the paperwork to prove it (available upon request). My schedule online reports that I make 35hr or more a week including breaks and lunch, but my paycheck kept saying 23 to 29 which didn't add up if I work weds-sat 6pm-2am and Sunday 12-8:30pm. In which I still have some of the stubs and online schedule to prove it (available upon request).
- Injuries - I burnt my right arm to 3rd degree in which I still have the scare and when I told them I was told oh be careful next time instead of writing and incident report. I had a slip and fall and landed on my left knee while taking trash out and again instead of writing an incident report I was told oh sometimes those non slip shoes take a minute to work be careful even though I have been wearing them for 3 weeks. I wasn't told about the random chemicals in the air that causes nose bleeds and wasn't told some areas I was eating at might have chemicals on it until the middle of March in which causes me to throw the food away and try to eat there at all.

Sincerely,

JOHN BEARD

10 of Semptember, 2019.

_____
Plaintiff(s) Name

RELIEF - 2

  AVENUE LOS ANGELES

☐        ☒        ☐        ☐

## Employee Development Notice

| Date: | 4.12.19 | Manager Name: Jose Bou |
|---|---|---|
| Employee Name: | John Beard | Employee # :xxx-xx-5280 |
| Job Title: | Dishwasher | Date of Hire: 09/13/18 |

**REASON(S) FOR COACHING: Check all that apply**

☐ Tardiness                                    ☐ Cash Handling
☒ Attendance                                 ☐ No call, No show
☐ Unprofessional Behavior/Conduct       ☐ Abusive or rude behavior
☐ Misrepresentation or falsification of records   ☐ Use of alcohol or drugs
☐ Uniform and grooming below standards   ☒ Violation of rules/policies
☐ Job performance not at company standard
☐ Other (Explain)

Explain above incident that occurred on: <u>John Beard Texted out an hour and a half before work. We spoke to John about proper procedure on calling out</u>

**ACTION TAKEN:**
☒ Verbal Warning
☐ Written Warning
☐ Suspension Pending Investigation (you will be contacted within 3 days with an update of the investigation)
☐ Final Warning: Behavior is unacceptable. Any further infraction for this or any other company policy and/or procedure will result in immediate termination.

**ACTION PLAN:**
You will be expected to achieve the following action plan (manager and employee write together): He will properly call out moving forward.

☒ **Further violations of company policy will result in <u>disciplinary action up to and including termination.</u>**

Employee Comments: _____

_____

_____

Employee Signature_____Date _____4.12.19____

Witness Signature_____Date 04.12.19_____

Manager/Director Signature_____Date _____04.12.19____

12 of 14

← **Chef José**  📞  ⋮
+1 413-320-7281

7:11 PM ✓

Even the OSHA, Public Health and ServSafe violations that I was complaining about today for the reasons you sent me home today and won't clock me in tomorrow is on camera!? {{{Mr.King}}}

7:16 PM ✓

And my paycheck

{{{Mr.King}}}

13of14

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____ JOHN BEARD _____

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

14 of 14